JOHN DERRENBACHER, an Infant, etc., Respondent, *v.* THE LEHIGH VALLEY RAILWAY COMPANY, Appellant.

(Argued October 20, 1881 ; decided January 24, 1882.)

MEM. of decision below, 21 Hun, 612.

THIS action was brought to recover damages for injuries alleged to have been sustained through defendant's negligence.

Plaintiff was injured by the fall of a tub attached to a derrick, which was being used to discharge a cargo of iron ore from a canal boat into defendant's cars at Perth Amboy; it was claimed that the rope by which the tub was suspended was insufficient, and was old and defective. The judgment was reversed upon the ground that the evidence failed to show that the derrick was owned or furnished by the defendant, or that it had any thing to do therewith, or that the men engaged were employed by it. On the contrary, it appeared that the pier was owned by another railroad company over whose tracks the defendant run its cars, and that the loading and unloading of boats from and to the cars was done by outside parties. The court distinguish the case from *King* v. *N. Y. C. & H. R. R. R. Co.* (72 N. Y. 607), in this, that in the latter case the evidence tended to show that defendant agreed to furnish the derrick and keep the same in repair.

*George A. Strong* for appellant.

*Edward H. Hobbs* for respondent.

MILLER, J., reads for reversal.
All concur.
Judgment reversed.